

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jesse Ray Stewart,

Vs. No. 11-21-00217-CR

The State of Texas,

\* From the 35th District Court
of Brown County,
Trial Court No. CR24102.

\* September 30, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.